20-mj-21 DTS

STATE OF MINNESOTA    )
                     )    ss.    AFFIDAVIT OF MATTHEW PARKER
COUNTY OF ~~RAMSEY~~ Hennepin )

I, MATTHEW PARKER, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed in this capacity for 20 years. I am currently assigned to the FBI Twin Cities Safe Streets Violent Gang Task Force in Minneapolis, Minnesota. As a Special Agent of the FBI on this task force, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of Federal laws, including those laws found in Title 18 and Title 21, United States Code.

2. I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. Section 2510, (7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for narcotics and firearms offenses.

3. This Affidavit is submitted in support of a criminal complaint charging Jeffrey L. Rewey, date of birth XX/XX/1971, with being a felon in possession of a firearm in violation of Title 18, U.S.C., § 922(g)(1) and with possession with the intent to distribute methamphetamine in violation of Title 21, U.S.C., § 841.

4. The facts and information contained in this Affidavit are based upon my own investigation and observations of other agents and law enforcement officers involved in the investigation. This Affidavit contains information necessary to support

1


SCANNED
JAN 17 2020
U.S. DISTRICT COURT MPLS

probable cause for the attached Complaint. It is not intended to include each and every fact and matter observed by me or known to the Government.

5.      Jeffrey Rewey has six felony convictions in the State of Minnesota. As such, he is ineligible to possess a firearm under federal law. The felonies include at least two convictions for Criminal Sexual Conduct (1990, 1992), two convictions for felon in possession of a firearm (2008 and 2014), and 5th degree narcotics possession (2012).

6.      On 07/11/2019, law enforcement obtained a Ramsey County search warrant for Rewey's person, residence at XXX Magnolia Ave. West #X, St. Paul, MN and his vehicle. Rewey was standing outside the residence by the street when law enforcement arrived on scene. He was approached by law enforcement and searched. Law enforcement found a little over one gram of a substance that field tested positive for methamphetamine on Rewey's person. Entry was then made into Rewey's residence.

7.      XXX Magnolia Ave. West #X is a one room efficiency apartment. Inside the front door of the apartment, law enforcement located a backpack. Inside the backpack, in a plastic container, was approximately 257 grams of a substance that field tested positive for methamphetamine. Another approximately 2 grams of a substance that field tested positive for methamphetamine was found in a container located on the kitchen table.

8.      Other items found in the apartment included an eviction letter to Jeffrey Rewey, Rewey's wallet, two digital scales typically used for measuring amounts of narcotics, a stun gun, packaging typically used for narcotics and U.S. currency in the amount of $3,922.

9. In the same backpack as the 257 grams of methamphetamine, law enforcement located two handguns: a loaded Springfield XD .45 caliber handgun bearing serial number US604791 and a loaded Ruger 380 handgun bearing serial number 3779482.

10. Rewey was arrested and brought to the Ramsey County Law Enforcement Center (LEC) to be booked into the jail. At the LEC, pursuant to a warrant issued by a Ramsey County judge, law enforcement took a sample of Rewey's DNA. The sample of Rewey's DNA was sent to the BCA Laboratory along with DNA swabs taken from the two handguns. The BCA identified DNA profiles on the Springfield .45 handgun. The BCA Laboratory reports states as to the swabs taken from the Springfield .45, there was a "Mixture of four or more individuals. Major male DNA profile matches Jeffrey Leonard Rewey. Major male DNA profile would not be expected to occur more than once among unrelated individuals in the world population". Testing of the swabs from the Ruger handgun have not yet been completed by the BCA.

11. During interview at the LEC, Rewey admitted to living at the Magnolia residence.

12. Rewey's vehicle was searched pursuant to a Ramsey County search warrant. No items were seized from the vehicle.

13. An expert at ATF informed your Affiant preliminarily that neither of the guns listed above were manufactured in Minnesota.

14. Based on the above stated facts, your Affiant believes probable cause exists that Jeffrey L. Rewey has violated Title 18, U.S.C., § 922(g)(1) and has violated Title 21, U.S.C. § 841.

Further your Affiant sayeth not.

_____
Matthew Parker
Special Agent, Federal Bureau of Investigation

Sworn and subscribed to before me this 17th day of January 2020.

_____
The Honorable David T. Schultz
UNITED STATES MAGISTRATE JUDGE

4