# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Katherine M. Menendez |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 20-mj-21 DTS |
| | ) | Date: January 21, 2020 |
| Jeffrey L Rewey, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 8E |
| Defendant, | ) | Time Commenced: 2:07 p.m. |
| | ) | Time Concluded: 2:14 p.m. |
| | | Time in Court: 7 minutes |

APPEARANCES:

Plaintiff: Lauren Roso, Assistant U.S. Attorney
Defendant: Doug Micko, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: 1/17/2020        Offense: Felon in possession of a firearm; Possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine

X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is January 23, 2020 at 2:30 p.m. before U.S. Magistrate Judge Katherine M. Menendez in CR8E, Minneapolis for:
    X Detention hrg        X Preliminary hrg

Additional Information:

                                                           s/Sarah Erickson
                                                    Signature of Courtroom Deputy