UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-mj-21 DTS

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　**NOTICE OF APPEARANCE**

JEFFREY L. REWEY,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Samantha H. Bates

Dated: January 23, 2020　　　　　　　　Respectfully submitted,

    ERICA H. MacDONALD
    United States Attorney

    s/Samatha H. Bates

    BY:  SAMANTHA H. BATES
    Assistant U.S. Attorney
    Attorney ID No. 0395002