# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE:  Katherine M. Menendez |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No:           20-mj-21 DTS |
| ) | Date:               January 23, 2020 |
| Jeffrey L Rewey, ) | Courthouse:    Minneapolis |
| ) | Courtroom:     8E |
| Defendant. ) | Time Commenced:  3:21 p.m. |
| | Time Concluded:    3:39 p.m. |
| | Time in Court:         18 minutes |

X **PRELIMINARY/DETENTION HRG**
    Time in Court Prelim/Det: 1 minute/ 17 minutes

APPEARANCES:

  Plaintiff: Tom Calhoun-Lopez, Assistant U.S. Attorney
  Defendant:  Doug Micko, Assistant Federal Public Defender
            X FPD

On      X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

X Preliminary hearing waived.

X Deft detained until a bed is available.

                                                                s/Sarah Erickson
                                                        Signature of Courtroom Deputy