UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-78 DSD/DTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| v. | 18 U.S.C. § 924(d)(1) |
| | 21 U.S.C. § 841(a)(1) |
| JEFFREY LEONARD REWEY, | 21 U.S.C. § 841(b)(1)(B) |
| | 21 U.S.C. § 853 |
| Defendant. | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Possession With The Intent To Distribute Methamphetamine)

On or about July 11, 2019, in the State and District of Minnesota, the defendant,

**JEFFREY LEONARD REWEY,**

did unlawfully, knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

**COUNT 2**
(Felon in Possession of a Firearm)

On or about July 11, 2019, in the State and District of Minnesota, the defendant,

**JEFFREY LEONARD REWEY,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely,

SCANNED
MAY 14 2020
U.S. DISTRICT COURT MPLS

United States v. Jeffrey Leonard Rewey

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Third Degree Criminal Sexual Conduct | Ramsey County, MN | January 11, 1990 |
| Third Degree Criminal Sexual Conduct | Washington County, MN | August 6, 1992 |
| Felon in Possession of a Firearm | Ramsey County, MN | May 1, 2008 |
| Failure to Register as a Predatory Offender | Ramsey County, MN | May 1, 2008 |
| Fifth Degree Narcotics Possession | Ramsey County, MN | March 7, 2012 |
| Felon in Possession of a Firearm | Ramsey County, MN | June 9, 2014 |

and knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, two firearms, a Springfield XD .45 caliber semi-automatic handgun bearing serial number US604791, and a Ruger .380 caliber semi-automatic handgun bearing serial number 3779482, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2641(c).

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and

United States v. Jeffrey Leonard Rewey

all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violation, including, but not limited to, approximately $3,922.00 in cash seized from the defendant's residence on July 11, 2019. If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

Upon conviction of Count 1 or 2 of this Indictment, the defendant shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with such violation including, but not limited to: 1) a Springfield XD, .45 caliber semi-automatic handgun, bearing serial number US604791; 2) a Ruger, .380 caliber semi-automatic handgun bearing serial number 3779482; 3) and all ammunition seized therewith, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY            FOREPERSON