UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-78 (DSD/DTS)

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                            **NOTICE OF APPEARANCE**

JEFFREY LEONARD REWEY,

        Defendant.


The following criminal case is being reassigned as follows:

<u>Add AUSA</u>

Justin A. Wesley

<u>Remove AUSA</u>

Samantha H. Bates

Dated: August 4, 2020               Respectfully submitted,

                                 ERICA H. MacDONALD
                                 United States Attorney

                               *s/ Justin A. Wesley*

                               BY:  JUSTIN A. WESLEY
                               Assistant U.S. Attorney
                               Attorney ID No. 0389189