UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-78 (DSD/DTS)

RECEIVED
NOV 03 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INFORMATION** |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 924(c) |
| | ) 18 U.S.C. § 924(d)(1) |
| v. | ) 28 U.S.C. 2461(c) |
| | ) |
| JEFFREY LEONARD REWEY, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
### (Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about July 11, 2019, in the State and District of Minnesota, the defendant,

**JEFFREY LEONARD REWEY,**

did knowingly possess firearms, that is, a Springfield XD, .45 caliber semi-automatic

handgun, bearing serial number US604791; and a .380 caliber Ruger semi-automatic pistol,

with serial number 37794828, in furtherance of a drug trafficking crime for which he may

be prosecuted in a court of the United States, that is, possession with intent to distribute

methamphetamine, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Information, the defendant shall forfeit to the United

States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United

States Code, Section 2461(c), any firearms, ammunition, and accessories involved in,

SCANNED
NOV 03 2021
U.S. DISTRICT COURT MPLS

United States v. Jeffrey Leonard Rewey

connected with, or used in the commission of such Count, including but not limited to: a

Springfield XD, .45 caliber semi-automatic handgun, bearing serial number US604791, a .380

caliber Ruger semi-automatic pistol, with serial number 37794828, and any ammunition and

accessories seized therewith.

Date: November 3, 2021                                    W. ANDERS FOLK
                                                         Acting United States Attorney

                                                         /s *Justin A. Wesley*

                                                         BY: JUSTIN A. WESLEY
                                                         Assistant U.S. Attorney